# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Ho'opakele v. Department of Accounting and General Services | CAAP–14–0001328 | 01/12/2016 | Affirmed |
| Rocco v. Kalapana Seaview Estates Community Assn. | CAAP–15–0000093 | 01/12/2016 | Affirmed |
| U.S. Bank Nat. Ass'n v. Brooks | CAAP–14–0001360 | 01/27/2016 | Affirmed |
| Deutsche Bank Nat. Trust Co. v. Trost | CAAP–15–0000042 | 01/28/2016 | Affirmed |
| State v. Nakamitsu | CAAP–14–0001151 | 01/29/2016 | Vacated and Remanded |
| State v. Macaso | CAAP–15–0000198 | 04/13/2016 | Affirmed |
| One Wailea Development, LLC v. Warren S. Unemori Engineering, Inc. | CAAP–13–0000418 | 04/20/2016 | Affirmed |
| Ke Kailani Partners, LLC v. Ke Kailani Development LLC | CAAP–12–0000070, CAAP–12–0000758 | 04/29/2016 | Affirmed |
| State v. Arruda | CAAP–13–0001412 | 05/04/2016 | Affirmed |
| Hui Chen v. Hoeflinger | CAAP–13–0000034, CAAP–13–0005803 | 05/05/2016 | Affirmed |
| Association of Apartment Owners of Century Center, Inc. v. Nomura | CAAP–15–0000119 | 05/11/2016 | Vacated and Remanded |
| Integrated Health Resources, LLC v. Walker | CAAP–13–0000060 | 05/16/2016 | Vacated and Remanded |
| Knight v. State | CAAP–15–0000444 | 05/16/2016 | Affirmed |
| U.S. Bank Nat. Ass'n v. Bernardino | CAAP–15–0000102 | 05/20/2016 | Affirmed |
| Marn Family Litigation, In re | CAAP–15–0000029 | 05/20/2016 | Affirmed |
| Kalakaua Relief Line, LLC v. 1830 Kapiolani, LLC | CAAP–12–0001012 | 05/23/2016 | Vacated and Remanded |
| State v. King | CAAP–15–0000342 | 05/31/2016 | Vacated and Remanded |
| Weinberg v. Dickson–Weinberg | CAAP–15–0000362 | 05/31/2016 | Affirmed |
| Estate of Damon, In re | CAAP–12–0000731 | 06/02/2016 | Affirmed |
| Bank of New York Mellon v. Lizarraga | CAAP–12–0000796 | 06/08/2016 | Vacated and Remanded |